# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIM SOLOMON** | : | **CIVIL ACTION** |
| *Plaintiff – pro se* | : | |
| | : | **NO. 15-4050** |
| v. | : | |
| | : | |
| **AMERIHEALTH CARITAS,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 26th day of August 2016, upon consideration of Defendants' *motion to dismiss*, [ECF 7], Plaintiff's responses in opposition thereto, [ECF 12, 21], and the allegations contained in the amended complaint, [ECF 5], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendants' motion to dismiss is **GRANTED**. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*